UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT N. BENNETT, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO BANK SOUTHWEST, N.A. F/K/A WACHOVIA MORTGAGE FSB F/K/A WORLD SAVINGS BANK, FSB, DBA WELLS FARGO HOME MORTGAGE; NDEX WEST, LLC, a Delaware Corporation; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiff's title thereto, and DOES 1 through 25, inclusive,<br><br>    Defendants. | CASE NO.: 4:13-CV-1693-KAW<br><br>[The Honorable Kandis A. Westmore]<br><br>**ORDER GRANTING DEFENDANT WELLS FARGO'S REQUEST TO APPEAR TELEPHONICALLY AT THE HEARING ON MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:    July 18, 2013<br>Time:    11:00 a.m.<br>Ctrm:    4, 3rd Floor |

The Court, having read the request by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo"), that its counsel be permitted to appear telephonically at the hearing re Wells Fargo's motion to dismiss plaintiff's First Amended Complaint on July 18, 2013 of the above-entitled Court, and good cause showing:

/ / /

/ /

1 **IT IS ORDERED:**

2 Counsel for Wells Fargo's request to appear telephonically at the hearing re Wells

3 Fargo's motion to dismiss the First Amended Complaint is granted. Counsel shall contact Court

4 Call at 1-888-582-6878 to make arrangements by telephone.

6 Dated: 7/16/13

HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE