United States District Court
Northern District of California

ROBERT N. BENNETT,

    Plaintiff,

    v.

WELLS FARGO BANK, N.A., et al.,

    Defendants.

Case No.: CV 13-01693-KAW

ORDER TO SHOW CAUSE WHY PLAINTIFF HAS NOT FILED HIS SECOND AMENDED COMPLAINT

On August 9, 2013, the Court granted Defendant Well Fargo's Motion to Dismiss Plaintiff's First Amended Complaint, and granted Plaintiff leave to amend the third cause of action to plead actual damages caused by Defendants' alleged RESPA violations. (Dkt. No. 40.) The Court gave Plaintiff thirty (30) days to amend, such that the last day to amend was September 11, 2013, to allow time for service by mail.[1]

To date, Plaintiff has not filed his second amended complaint. By October 7, 2013, Plaintiff shall file his second amended complaint. Additionally, by October 7, 2013, Plaintiff shall respond to this order to show cause by explaining his failure to timely file his second amended complaint and why his case should not be dismissed for failure to prosecute. Failure to both timely file a second amended complaint and respond to this order to show cause may result in the dismissal of this action with prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: September 20, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge

---

[1] Plaintiff's counsel's request to withdraw was granted on August 2, 2013, but, pursuant to the Court's Order, counsel was still responsible for serving all documents on Plaintiff until he obtained other counsel or entered a formal appearance. (*See* Dkt. No. 39.) Plaintiff's former counsel filed a certificate of service showing that Plaintiff was sent a copy of the Court's August 9, 2013 Order granting Wells Fargo's motion to dismiss. (Certificate of Service, Dkt. No. 41.)